EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Felipe Soto Ortiz | 2016 TSPR 249<br><br>196 DPR \_\_\_\_ |

Número del Caso: TS-17,200

Fecha: 23 de diciembre de 2016

Abogada de la Parte Peticionaria:

    Por derecho propio

Oficina de Inspección de Notarías:

       Lcdo. Manuel Ávila de Jesús
       Director

Materia: La suspensión de la notaría será efectiva el 10 de enero de 2017 fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:



Felipe Soto Ortiz

                              TS-17200




                            RESOLUCIÓN


En San Juan, Puerto Rico, a 23 de diciembre de 2016.

        Examinado el Segundo Informe Especial presentado
por la Oficina de Inspección de Notarías (ODIN), la
Moción Reiterando Incumplimiento de Orden presentada por
la ODIN, y la Moción Urgente Exponiendo Postura de la
ODIN en Relación a Incumplimiento de Orden de este
Honorable Tribunal Supremo presentada por el Lcdo.
Felipe Soto Ortiz, se provee no ha lugar a la solicitud
del licenciado Soto Ortiz.

        Ante el incumplimiento del licenciado Soto Ortiz
con las órdenes de este Tribunal, se le suspende
inmediata e indefinidamente del ejercicio de la notaría
y se ordena al Alguacil de este Tribunal incautar
inmediatamente el sello y la obra notarial bajo la
custodia del licenciado Soto Ortiz y entregar los mismos
al Lcdo. Manuel E. Ávila de Jesús, Director de la ODIN
para la correspondiente investigación e informe.

        Lo acordó el Tribunal y lo certifica el Secretario
del Tribunal Supremo.




                      Juan E. Dávila Rivera
                   Secretario del Tribunal Supremo